SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT
# INTO REGISTRY ACCOUNT

TO:   1. Intake Clerk *

      2. Case Administrator

FROM:   Financial Administrator

DATE: 10.15.12    UC

CASE NAME: Donahue

CASE NUMBER: 10-27928

Check Number 811946 in the amount of $880.00 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 5456    Intake Clerk's Initials D#

*   AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE <u>FORWARD</u> <u>TO</u> THE APPROPRIATE <u>CASE ADMINISTRATOR.</u>

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA
## U.S. STEEL TOWER - SUITE 3250
### 600 GRANT STREET
### PITTSBURGH, PA 15219
### TELEPHONE: (412) 471-5566
### FAX: (412) 471-5470
### Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**
10/12/2012

| | | |
|---|---|---|
| John J. Horner, Esquire<br>Clerk, US Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>PIttsburgh, PA  15219 | OR | John J. Horner, Esquire<br>Clerk, US Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA  16501 |

Re: PATRICK J. DONAHUE
RUTH A. DONAHUE
Case No: 10-27928D

Dear Mr. Horner:

    I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
    These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

Zenith Acquisition Corporation++<br>
Pob 850<br>
Amherst, NY 14226

CHECK NUMBER 811946    AMOUNT $887.00

    The disbursement(s) was returned to the Trustee for the following reason:

Creditor is on Global Reserve

    Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

                                                    /s/ Jackie Blough
                                                    Administrative Assistant
                                                    for Ronda J. Winnecour, Esq.
                                                    Chapter 13 Trustee

CC:BRYAN P KEENAN ESQ
PATRICK J. DONAHUE
RUTH A. DONAHUE
Zenith Acquisition Corporation++