B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Western District of Pennsylvania

In re Patrick J. & Ruth A. Donahue, Case No. 10-27928

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| LVNV Funding, LLC | Zenith Acquisition Corp. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
c/o Resurgent Capital Services
Po Box 10587, Greenville, SC 29603

Court Claim # (if known): # 4
Amount of Claim: $887.00
Date Claim Filed: 12/16/2010

Phone: 864-235-7336
Last Four Digits of Acct #: 3668

Phone: 864-235-7336
Last Four Digits of Acct. #: 2761

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: \S\ Susan Gaines          Date: 11/12/2012
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## BILL OF SALE AND ASSIGNMENT OF ACCOUNTS

FOR VALUE RECEIVED and in further consideration of the mutual covenants and conditions set forth in the Purchase and Sale Agreement (the "Agreement"), dated as of December 30, 2011, by and between North Star Capital Acquisition LLC ("Seller") and Sherman Originator III LLC ("Buyer"), Seller hereby transfers, sells, conveys, grants, and delivers to Buyer, its successors and assigns, all right title and interest of any kind in and to the Accounts set forth in the data file named "WellsFargo-ZN-2011-12," as shown in the Accounts Schedule, which is hereby incorporated by reference, it being understood that such transfer, sale, conveyance, grant and delivery is made without any recourse, representations or warranties except those expressly made in the Agreement.

Pursuant to the foregoing assignment, the Seller stipulates that the Buyer may be substituted for the Seller as the valid owner of the Accounts where the Obligor has filed a Bankruptcy Proceeding and hereby waives any notice or hearing requirements imposed by Bankruptcy Rule 3001 (e) (2) or otherwise.

Capitalized terms used herein but not otherwise defined herein shall have the meanings set forth in the Agreement.

DATED: December 30, 2011                    SELLER:

                                            NORTH STAR CAPITAL ACQUISITION LLC, a
                                            Minnesota limited liability company

                                            By: _____
                                            Name: _____
                                            Its:  David L Paris
                                                  CEO
                                            North Star Capital Acquisition LLC
                                            Amherst, NY
                                            (716) 799-0525

## Transfer and Assignment

Sherman Originator III LLC ("SOLLC III"), without recourse, to the extent permitted by applicable law, hereby transfers, sells, assigns, conveys, grants and delivers to Sherman Originator LLC ("SOLLC") all of its right, title and interest in and to the receivables and other assets (the "Assets") identified on Exhibit A, in the Receivable File dated December 29, 2011 delivered by North Star Capital Acquisition LLC on December 30, 2011 for purchase by SOLLC III on December 30, 2011. The transfer of the Assets included electronically stored business records.

SOLLC, subsequent to the above mentioned transfer, hereby transfers, sells, assigns, conveys, grants and delivers to LVNV Funding LLC ("LVNV"), the above mentioned Assets. The transfer of the Assets included electronically stored business records.

Dated: **December 30, 2011**   Sherman Originator III LLC
a Delaware Limited Liability Company

By: _____
Name: Jon Mazzoli
Title: Director

Dated: **December 30, 2011**   Sherman Originator LLC
a Delaware Limited Liability Company

By: _____
Name: Kevin Branigan
Title: Authorized Representative

Dated: **December 30, 2011**   LVNV Funding LLC
a Delaware Limited Liability Company

By: _____
Name: Les Gutierrez
Title: Authorized Representative

## Exhibit A

**Receivables File**
**12.30.11**

| Transfer Group | Portfolio | Transfer Batch |
| --- | --- | --- |
| 215955 | 17493 | N/A |